**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:22-cr-00469-X *SEALED* |
| | § | |
| TERRANCE BARNARD (1) | § | |

*FILED DEC 1 6 2022 — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS*

**ENTRY OF APPEARANCE OF COUNSEL**

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: ____day of _____, _____

_____
Signature of Attorney

Brandon McCarthy
Attorney Name (Please Print)

24027486
Attorney Bar Number

2121 N. Pearl
Street Address

Dallas, TX 75201
City, State, Zip

brandon.mccarthy@katten.com
E-mail Address

214-226-0826
Telephone Number (including area code)

_____
Fax Number